

**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

**FILED**    OCT 1 5 2001

**LORETTA G. WHYTE**
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL RANDOLPH

VERSUS

HARRY LEE, ET AL

CIVIL ACTION

NO: 00-2279

SECTION: "F"(1)

## JUDGMENT

Considering the Order and Reasons issued by the undersigned this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of defendant, Jefferson Community Correctional Center Medical Program, and against plaintiff, Michael Randolph, dismissing his suit with prejudice, at plaintiff's cost.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint be **Dismissed**, pursuant to 28 U.S.C. § 1915(e), as legally frivolous.

New Orleans, Louisiana, this 12 day of October, 2001.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY

OCT 1 5 2001

Fee
Process
X  Dktd
CtRmDep
Doc.No.